## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **KIMBERLY LOUGHRAN,**<br>       **Plaintiff**<br><br>**v**<br><br>**LAW OFFICES OF GREGORY P.**<br>**TURNER, FIRST RESOLUTION**<br>**INVESTMENT CORPORATION, and**<br>**JOHN DOE**<br>       **Defendants** | )<br>)<br>)<br>)<br>)   **Case No.: 1:11-cv-11425 WGY**<br>)<br>)<br>)<br>)   **November 14, 2011**<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO FIRST RESOLUTION INVESTMENT CORPORTATION ONLY

TO THE CLERK:

Pursuant to Rule 41.1(b), counsel for Plaintiff and Defendant, First Resolution Investment Corporation, in the above-entitled action hereby stipulate that claims asserted against this Defendant *only* be dismissed, with prejudice, without costs to any party.

KIMBERLY LOUGHRAN,
The Plaintiff,
By her attorneys,

/s/ Craig Thor Kimmel
Craig Thor Kimmel
Kimmel & Silverman, PC
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
kimmel@creditlaw.com

FIRST RESOLUTION INVESTMENT
CORP.,
The Defendant,
By their attorney,

 /s/ Andrew M. Schneiderman
Andrew M. Schneiderman
Hinshaw & Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109
Phone (617) 213-7000
aschneiderman@hinshawlaw.com

## CERTIFICATE OF SERVICE

I, Craig Thor Kimmel, Esquire, hereby certify that a true copy of the above

was served on opposing counsel for the Defendant, First Resolution Investment Corp., as

identified below, *via* electronic mail on November 14, 2011 to

aschneiderman@hinshawlaw.com:


Andrew M. Schneiderman
Hinshaw & Culbertson, LLP
28 State Street, 24th Floor
Boston, MA 02109
aschneiderman@hinshawlaw.com



/s/ Craig Thor Kimmel
Craig Thor Kimmel, Esquire